AUSA: Regina McCullough  Telephone: ▮
Special Agent: Christopher Gould, HHS  Telephone: ▮

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan
Southern Division

RECEIVED
By Amy Godlewski at 9:16 am, Jul 23, 2025

United States of America
v.

**CEMHAN BIRICIK**

Case: 5:25-cr-20543

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CEMHAN BIRICIK,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Health Care Fraud and Conspiracy to Commit Health Care Fraud. All in violation of:
18 U.S.C. §§1347 and 1349

Date: JUL 22 2025

*Issuing officer's signature*

SARAH SCHOENHERR  **DEPUTY CLERK**
*Printed name and title*

City and state: Detroit, Michigan

---

**Return**

This warrant was received on *(date)* 07/31/2025, and the person was arrested on *(date)* 07/31/2025
at *(city and state)* Gainesville, FL.

Date: 7/31/2025

*Arresting officer's signature*

Bradley T. Dando, Special Agent
*Printed name and title*

Distribution: Original Court - 1 copy U.S. Marshal - 2 copies USA

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

**Name of defendant/offender:** CEMHAN BIRICIK

**Known aliases:** Cemhan "Jimmy" Biricik

**Last known residence:** ████████████████████

**Prior addresses to which defendant/offender may still have ties:**

**Last known employment:**

**Last known telephone numbers:**

**Place of birth:**

**Date of birth:** ████

**Social Security number:** ████

**Height:**          **Weight:**

**Sex:**             **Race:**

**Hair:**            **Eyes:**

**Scars, tattoos, other distinguishing marks:**

**History of violence, weapons, drug use:**

**Known family, friends, and other associates** *(name, relation, address, phone number)*:

**FBI number:**

**Complete description of auto:**

**Investigative agency and address:**

**Name and telephone numbers (office and cell) of pretrial services or probation officer** *(if applicable)*:

**Date of last contact with pretrial services or probation officer** *(if applicable)*:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re:                                  Case No. 25-20543

SEALED MATTER                           Judge Assigned Judge Levy

_____/

## NOTICE OF JUDICIAL ASSIGNMENT AND CASE NUMBER

Pursuant to a court order, the above document(s) are sealed and have been placed in the custody of the Clerk's Office.

These documents will be made public only when the clerk is presented with an order to unseal.

Dated: 7/20/25

KINIKIA D. ESSIX, CLERK OF COURT

By: _____
    Deputy Clerk

Distribution: U.S. Attorney's Office    AUSA: Regina McCullough