# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – REMOVAL HEARING

**Case No.** 1:25mj28 MAL  **Start Time:** 2:27 p.m.
**Date** 7/31/2025  **Stop Time:** 2:34 p.m.

**DOCKET ENTRY: REMOVAL HEARING**

**PRESENT: HONORABLE MIDORI LOWRY, UNITED STATES MAGISTRATE JUDGE**

| A. Tinaya-Miller | Philip Minafield | GNV DCR 2025 | Adam Hapner | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney | Interpreter |

**U.S.A. v. (Defendants listed below)**     **Attorney for Defendant**

**(1) CEMHAN BIRICIK**     **(1) DARREN JOHNSON for today only**
__X__ present __X__ custody ____ bond ____ O/R     __X__ present __X__ appointed ____ retained ____ PRO BONO

__x__ Defendant advised that he/she is before a U.S. Magistrate Judge
__x__ Defendant advised of charges, penalties and fines
__x__ Defendant advised of right to remain silent and consult with an attorney before making any statement
__x__ Defendant advised of right to hire counsel or have counsel appointed
____ Defendant executed a CJA Form 23
____ Defendant questioned regarding financial status
__x__ Order appointing Federal Public Defender for today only
____ CJA attorney_____ appointed; _____ appearing on behalf of FPD
__x__ Defendant financially able to employ counsel (Name:_____)
__x__ Government advised of Brady Disclosure Requirements
__x__ Defendant advised of right to Identity and Preliminary Hearing
____ Defendant waived Preliminary and Identity Hearing
____ Preliminary Hearing scheduled for: _____
__x__ Government does/ ____ does not     move for detention
____ Detention hearing waived pending removal
__x__ Defendant request detention hearing / ____ hearing held
__x__ Detention hearing set for **Friday, 8/1/2025 at 2:00 p.m. before Magistrate Judge Midori Lowry**
____ Defendant released (see order setting conditions of release)
__x__ Defendant remanded to custody of USM pending further proceedings
____ Arraignment conducted
____ Hearing set for:_____ **before the Honorable Judge** _____

**Initials of Deputy Clerk:** atm