# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – GENERAL MINUTES

**Case #:** 1:25mj28 MAL      **Time Commenced:** 2:00 p.m.

**Date:** 8/1/2025      **Time Concluded:** 2:27 p.m.

---

**DOCKET ENTRY:** DETENTION HEARING

---

**PRESENT: HONORABLE MIDORI LOWRY, UNITED STATES MAGISTRATE JUDGE**

| A. Tinaya-Miller | Jason Maxwell | GNV DCR 2025 | Adam Hapner | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Atty | Interpreter |

**U.S.A. v. (Defendants listed below)**     **Attorneys for Defendant:**

**(1) CEMHAN BIRICIK**     **(1) JENNIFER CORINIS**
 X  present  X  custody ____ bond ____ O/R       X  present ____ appointed  X  retained ____ pro bono

| | |
|---|---|
| 2:00 p.m. | Court called to order |
| | Government advised of Brady Disclosure Requirements |
| | Defendant waived identity hearing |
| 2:06 p.m. | Government proffer |
| | Government exhibit 1, marked |
| 2:19 p.m. | Rebuttal |
| 2:24 p.m. | Government motion for detention, granted. Defendant remanded to the custody of USM pending removal to the Eastern District of Michigan |
| 2:27 p.m. | Court adjourned |

**Initials of Deputy Clerk:** atm